AO 105 (Rev. 01/09) Application for a Search Warrant

# UNITED STATES DISTRICT COURT
## for the
### Southern District of Ohio

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* ) Case No. 2:21-mj-9___
Larry J. WILLIAMS Jr. )
)
)
)

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that there is now concealed on the following person or property located in the _____Southern_____ District of _____Ohio_____ *(identify the person or describe property to be searched and give its location):* Larry WILLIAMS Jr., Male/Black, 6'03", 210 lbs, DOB: 11/03/1980, Ohio BCI #:B801677.

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*:

Saliva and/or oral skin cells obtained by means of an oral swab (DNA).

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☐ contraband, fruits of crime, or other items illegally possessed;

☐ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of ___18___ U.S.C. § __922(g)(1)__ , and the application is based on these facts:

☑ Continued on the attached sheet.

☐ Delayed notice of ___ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
*Applicant's signature*

Tekara R. Mayo, ATF Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __02/10/2021__

_____
*Judge's signature*

City and state: Columbus, Ohio

Chelsea Vascura, U.S. Magistrate Judge
*Printed name and title*

THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

| IN THE MATTER OF THE SEARCH OF | |
|---|---|
| Larry WILLIAMS Jr. | Case No. _____ |

### AFFIDAVIT IN SUPPORT OF AN APPLICATION UNDER RULE 41 FOR A WARRANT TO SEARCH AND SEIZE

I, Takara Mayo, being first duly sworn, hereby depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1.      I make this affidavit in support of an application for a search warrant that your affiant believes there is probable cause that on the person of Larry WILLIAMS Jr. (*hereinafter* WILLIAMS), is saliva, topical, and/or oral skin cells (DNA), which is evidence of violation of Title 18 United States Code 922(g)(1)- Felon in Possession of a Firearm.

2.      Your Affiant is a sworn Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), and have been since October 2018. As part of my training with the ATF, I graduated from the Federal Law Enforcement Training Center Criminal Investigator School in Glynco, Georgia.  I am also a graduate of the ATF National Academy's Special Agent Basic Training, and have completed additional ATF Complex Investigations Training.  During my time as a law enforcement officer, I have participated in numerous investigations that have resulted in the execution of state and federal search warrants and arrest warrants; the seizure of firearms, narcotics, and related contraband. Based upon my experience, persons involved in crimes commonly carry and maintain cellular telephones for communication purposes, and

commonly use their cellular telephones as a method of communication prior to, during, and after the commission of crimes.

3. Your Affiant is familiar with the operation of illegal drug trafficking organizations in central Ohio and how these drug traffickers utilize firearms in an attempt to protect themselves and intimidate those individuals who are also involved in such activities.

4. This affidavit is intended to show only that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

### IDENTIFICATION OF THE INDIVIDUAL TO BE EXAMINED

5. The person to be searched is further identified as Larry James WILLIAMS Jr., date of birth 11/03/1980, black male, approximately 6'03" tall, approximately 199 pounds, with black hair, brown eyes, FBI number 540617JB4, BCI number B801677, and social security number 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.

### PROBABLE CAUSE

6. On February 12, 2019, investigators with Homeland Security Investigations (HSI) and the Franklin County Sheriff's Office (FCSO) encountered Ruben Rodriguez Jr. who was found to be in possession of two kilograms of cocaine. Investigators originally located Ruben Rodriguez Jr. on February 11, 2019 while they were conducting routine surveillance at a Red Roof Inn located at 4530 West Broad Street, Columbus. At that time, investigators observed a silver Ford Fusion bearing Texas license plate KZB9897 parked in the Red Roof Inn parking lot. Upon running this license plate in law enforcement databases, investigators learned that this vehicle was registered to a Michael Rene Ponce in Buda, Texas. Investigators also learned that

2

Ponce was arrested in March 2008 in Austin, Texas as part of a large heroin conspiracy case involving over a dozen other co-conspirators. Ponce was subsequently convicted for violation of Title 21 USC Section 846 (conspiracy to possess with the intent to distribute heroin) and was sentenced to 57 months in federal prison. The law enforcement databases also showed no connections to Ponce and any individuals in Ohio.

7.     Investigators began surveillance on the Ford Fusion on February 11, 2019 as the driver, later identified as Ruben Rodriguez Jr. and his girlfriend, Beslin Peraza, ate lunch at a Bob Evans Restaurant located at 4331 West Broad Street, Columbus, Ohio, shopped at a Walmart near Hilliard Rome Road in Columbus and then went to see a movie at a local movie theater. It was apparent to investigators that these individuals were making attempts to "kill time" which is indicative to investigators as drug activity, specifically awaiting delivery of possible drug proceeds. While Rodriguez and Peraza were inside the Walmart, FCSO Deputy Rob McKee ran his canine "Gator" around the silver Ford Fusion while it was parked in the Walmart parking lot. Gator gave a positive alert to the presence of narcotics inside the silver Ford Fusion. Eventually, Rodriguez and Peraza checked into a different hotel, the La Quinta Inn and Suites located on 5510 Trabue Road, Columbus, Ohio.

8.     On February 12, 2019, investigators re-established surveillance on Rodriguez and Peraza as they traveled to 121 Stevens Avenue, Columbus, Ohio. Upon arriving, Rodriguez was observed entering this residence where he remained for approximately ten minutes. Following his departure from this residence, a deputy with FCSO conducted a traffic stop on the vehicle Rodriguez was driving. During a subsequent search of the vehicle, approximately 2.0 kilograms of cocaine and $30,006.00 in U.S. currency were discovered. In a subsequent interview, Rodriguez stated that he was in Columbus for the purpose of overseeing the arrival of cocaine

3

and heroin that was being sent to individuals at 121 Stevens Avenue, Columbus, Ohio. He admitted that the cocaine in his car had been sent to these individuals at 121 Stevens Avenue approximately 1-2 weeks ago, and he came to Columbus, OH at that time to make sure these individuals received this cocaine. After they received this cocaine he went back to Texas. A short time later he learned that these individuals were not happy with the quality of the cocaine, so he was sent back to Columbus, OH. When he arrived this time in Columbus, OH, around February 9, 2019, he was directed by his boss in Mexico to retrieve the cocaine that was already delivered and to oversee the arrival of approximately 2 kilograms of heroin that was arriving via UPS. According to Rodriguez, when he was inside the residence located at 121 Stevens Avenue, Columbus, Ohio, he stated that he saw the 2 kilograms of heroin that was sent. It was at this time the individuals at this residence paid him a partial payment of approximately $30,000 for this heroin. This was the money seized by investigators during the traffic stop on his vehicle. Ruben Rodriguez Jr. was arrested on federal drug conspiracy charges, specifically conspiracy to distribute heroin, at that time. He has subsequently been convicted of this charge in the Southern District of Ohio. Additionally, investigators have learned that Lashawn White rented 121 Stevens Avenue on August 30, 2017 and was still renting this residence through January 2020.

9.      Additionally, investigators have learned that LaShawn White was arrested by the Ohio Highway Patrol (OHP) on April 1, 2018 after a traffic stop on Livingston Avenue in Columbus, Ohio. During this traffic stop, troopers found a small amount of cocaine in the vehicle and White had a loaded handgun under his thigh while seated in the driver's seat. According to the arresting OHP trooper, when the handgun was found White stated that if they seized his gun, he would just get another one because he lives on Stevens Avenue. LaShawn White was arrested at that time. He subsequently was released from custody pending further court hearings.

4

10.     On September 13, 2019, the Franklin County Sheriff's Office narcotics unit received an anonymous tip concerning suspected drug activity at 121 Stevens Avenue, Columbus, Ohio. In this tip, the caller stated that this residence receives heavy drug traffic all day and night. The individuals believed to be receiving the drugs enter the residence using the back door. Additionally, the caller stated that a U-Haul and a box truck are also used at the residence as part of the drug activity.

11.     Through November 4, 2019 through November 7, 2019, investigators conducted surveillance on 121 Stevens Avenue, Columbus, Ohio. During this surveillance, investigators observed constant activity at the residence. On every day of surveillance, investigators observed multiple individuals arriving at the residence and entering through the rear door and occasionally the front door. Once inside the residence, these individuals remained for short periods of time. Based upon the training and experience of investigators, investigators know this type of activity is consistent with individuals purchasing narcotics. Investigators also observed a box truck parked in the rear of the residence, matching the description of one of vehicles identified in the tip to FCSO. Investigators did observe a lot of pedestrian activity around this box truck during the surveillance. Investigators also observed individuals near the back door of this residence that appeared to be possible lookouts.

12.     Some of the specific activity observed at this residence during the surveillance includes but is not limited to:

13.     On November 4, 2019, surveillance units observed a Honda Accord with Ohio license plate HXJ8072 arrive in the rear alley of 121 Stevens Avenue. This vehicle is registered to a Chelsea Krafft, 151 Hanstein Place, Groveport, Ohio. Upon arriving, the passenger, a white

5

female, was observed exiting the vehicle and knocking on the rear door of the residence. She was eventually let inside the residence. During the short time she was inside the residence, the vehicle which dropped her off was observed circling the block numerous times. After approximately ten (10) minutes, this white female was observed exiting the rear door to the residence and walked up the alley away from the residence. Based upon training and experience of investigators, this type of activity is consistent with an individual purchasing narcotics from a drug house.

14.      In the late evening of November 7, 2019, surveillance units observed a black Jeep bearing Ohio license plate HKL6102 arrive at 121 Stevens Blvd, Columbus, Ohio. This vehicle is registered to an Eric Morris, 40 School Street, London, Ohio. Records checks show that Morris was arrested in 2011 for possession of drugs. Morris was observed walking to the front door of the residence before being let inside. Morris was inside the residence for approximately five (5) minutes before departing and re-entering his Jeep. Upon departing the area, Morris was observed pulling into a gas station parking lot near the residence on Stevens Avenue, Columbus, OH. It was observed that Morris never got out of his vehicle while parked in the parking lot. After a few minutes, Morris was observed driving down an alley near the gas station. In an effort to locate Morris, surveillance units drove down the alley and observed Morris parked in the alley with his headlights turned off. Upon seeing the surveillance unit approaching, Morris turned on his lights and turned down another alley. It was the opinion of surveillance units at that time that Morris was making attempts to allude investigators at that time. Surveillance units eventually located Morris again as he departed the area taking the onramp to Interstate 70 east. This type of activity is consistent with what law enforcement refers to as "heat runs". Based upon the training and experience of investigators, investigators know that individuals involved in illegal activity,

6

including narcotics possession and distribution, often engage in heat runs. Heat runs are actions that make it difficult for unmarked law enforcement to follow the individuals in a vehicle without the individual observing the unmarked law enforcement following them. It can also help the individual lose any unmarked law enforcement that may be following them.

15.     On November 14, 2019, at approximately 7:00am, investigators executed a State of Ohio search warrant on the residence located at 121 Stevens Avenue, Columbus, Ohio. Upon executing this search warrant, investigators located numerous individuals inside the residence including WILLIAMS and Jeffery Ford. Some of the items that were found and seized  from inside this residence were 210.85 grams of fentanyl or a mixture containing fentanyl, 19.79 grams of methamphetamine, 115.43 grams of cocaine, 8.35 grams of heroin and five firearms. These drugs were packed for individual sale and it was apparent to investigators that this residence was being used as a selling point for numerous kinds of narcotics. Many on the individuals located inside this residence were identified as narcotics users, while it was apparent to investigators that two individuals were in charge of selling the narcotics. These individuals were the individuals which appeared to be living in the two bedrooms inside the residence. Both bedrooms contained numerous narcotics packaged for individual sale and stored in metal cash boxes. Inside one bedroom, investigators located paperwork in the name of Jamar Williams. Inside this bedroom, investigators also located four firearms, amongst other items. Investigators believe that this bedroom was being used by WILLIAMS, as one (1) of the individuals with knowledge of the house indicated that WILLIAMS used this bedroom.  Those firearms are specifically identified as follows:

7

    a.   One (1) Sig Sauer manufactured, model P250, 9mm pistol, bearing serial number EAK185340, with two (2) magazines,

    b.   One (1) SCCY manufactured, model CPX-1, 9mm pistol, bearing serial number 040945, with one (1) magazine,

    c.   Oae (1) American Tactical Imports manufactured, model Omni Hybrid, 5.56 caliber pistol, bearing serial number NS230451, with two (2) magazines, and

    d.   One (1) CBC manufactured, model 715T, .22 caliber pistol, bearing serial number EKE3237471, with one (1) magazine.

16.    On November 21, 2019, HSI and Detectives from the Franklin County Sheriff's Office Drug Task Force (FCDTF) executed a search warrant at 4594 Ava Point, Hilliard, OH. This residence was identified to have been rented by the Stephanie Bouphavong, the girlfriend of WILLIAMS. Investigators with HSI and the FCDTF seized the following three (3) firearms amongst other items. Those firearms are specifically identified as:

    a.   One (1) Raven Arms manufactured, model MP25, .25 caliber pistol, bearing serial number 1847463, with the magazine,

    b.   One (1) Ruger manufactured, model P94, 9mm pistol, bearing serial number 308-53444, with the magazine, and

    c.   One (1) Ruger manufactured, model LCP, .38 caliber pistol, bearing serial number 371378008, with the magazine.

8

17.     On February 19, 2020, investigators with the United States Marshal Service (USMS) executed a Federal arrest warrant for WILLIAMS at 58 North Wayne Avenue, Columbus, OH. At the time of his arrest, investigators seized a Weatherby manufactured, model 92, 12 gauge shotgun, bearing serial number 92-03273. The listed firearms were subsequently swabbed for DNA samples at the Columbus Division of Police Crime Laboratory. Swabs collected from the firearms and their magazines were examined microscopically, and cells suitable for DNA analysis were observed.  The swabs were preserved for DNA analysis when a suspect standard is submitted for comparison purposes.

## CONCLUSION

18.     Based on my training, experience, and on the above information, your affiant believes that probable cause exits that on the person of Larry James WILLIAMS Jr date of birth 11/03/1980, black male, approximately 6'03" tall, approximately 199 pounds, with black hair, brown eyes, FBI number 540617JB4, BCI number B801677, and social security number 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, is saliva, topical, and/or oral shin cells (DNA), which is evidence of violation Title 18 U.S.C. 922(g)(1) – Felon in Possession of a Firearm.

Respectfully submitted,

Takara R. Mayo
Special Agent
Bureau of Alcohol, Tobacco, Firearms and
Explosives

9

Subscribed and sworn to before me
on February 10, 2021:

_____
Chelsea Vascura
U.S. Magistrate Judge